IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YEAROUT INDUSTRIAL, LLC,
a New Mexico limited liability company,

       Plaintiff,

v.                                                      CV 16-1302 KK/WPL

EMPLOYERS MUTUAL CASUALTY
COMPANY, an Iowa Corporation,

       Defendant.

## ORDER

On January 30, 2017, Defendant Employers Mutual Casualty Company filed an unopposed motion to stay these proceedings pending arbitration between the parties. (Doc. 6.) I find that the motion is well taken and stay these proceedings pending arbitration. The parties will provide a joint status update on the progress of arbitration no later than **May 1, 2017**, and will provide additional updates every 120 days thereafter and until further Order.

IT IS SO ORDERED.

                                                                     William P. Lynch
                                                                     United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.